UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

      v.                                                                Case No. 10-20388
                                                                          Honorable Mark A. Goldsmith

D-1   LAMONTE WATSON, JR.,
D-2   ISAAC DENEL MEEKS,
D-3   SHAWN RENARD SMITH,
D-4   TIMOTHY GRAYSON,
D-5   ANTONIO WATSON,
D-6   HANSEL WILLIAMS,
D-7   TERRANCE ALEXANDER,
D-8   VOURICE MEEKS,
D-9   DUANE WILLIAMS,
D-10  DAMICHAEL WASHINGTON,
D-11  TRENCE WOODS,
D-12  LEMETRIUS KNAPP,
D-13  ROQUAN WESLEY,

      Defendants.
_____/

## ORDER DENYING ANTONIO WATSON'S MOTION TO REVOKE ORDER OF DETENTION

Before the Court is Defendant Antonio Watson's Motion to Revoke Order of Detention (docket entry (D.E.) 273). On April 5, 2011, the Court conducted a telephonic hearing concerning the motion. At the conclusion of that hearing the Court denied the motion for reasons set forth on the record and adopted the findings of United States Magistrate Judge Michael Hluchaniuk, as set out in his July 20, 2010 Order of Detention Pending Trial (D.E. 43).

Accordingly, the motion (D.E. 273) is denied.

IT IS SO ORDERED.

Dated: April 5, 2011                         s/Mark A. Goldsmith
                                            MARK A. GOLDSMITH
                                            United States District Judge

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 5, 2011.

s/Lisa Wagner for Deborah J. Goltz
DEBORAH J. GOLTZ
Case Manager
